**State of Missouri**
**Office of Administration**
**PO Box 809**
**Jefferson City, Missouri 65102**

| Name: | JESSICA D. HAWK | Check Date: | 01/15/2015 |
|---|---|---|---|
| Address: | 1602D JEFFERSON HTS DR | Payroll Period: | 12/16/2014 - 12/31/2014 |
| | JEFFERSON CITY, MO 65109 | Check Net Amount: | $940.03 |

| Wages | Amount | YTD Amount |
|---|---|---|
| GROSS WAGES | $1,278.00 | $1,278.00 |
| FEDERAL/STATE TAXABLE WAGE | $1,164.69 | $1,164.69 |
| SOCIAL SECURITY/MEDICARE WAGE | $1,228.59 | $1,228.59 |

| Pay | Rate | Hours | Amount |
|---|---|---|---|
| REGULAR PAY | $1,278.00 | 74:10 | $1,093.67 |
| ANNUAL LEAVE USAGE PAY | $1,278.00 | 6:00 | $88.48 |
| OTHER LEAVE WITH PAY | $1,278.00 | 1:30 | $22.12 |
| SICK LEAVE USAGE PAY | $1,278.00 | 5:00 | $73.73 |
| Total | | 86:40 | $1,278.00 |

| Deductions | Amount | YTD Amount |
|---|---|---|
| CAFETERIA ADMINISTRATION FEE | $0.08 | $0.08 |
| FEDERAL TAX WITHHOLDING | $91.10 | $91.10 |
| MCHCP DENTAL - CP | $11.99 | $11.99 |
| MCHCP HEALTH - CP | $35.00 | $35.00 |
| MCHCP VISION - CP | $2.42 | $2.42 |
| MEDICARE TX W/H EMPLOYEE SHARE | $17.81 | $17.81 |
| MO STATE DEFERRED COMP PLAN | $12.78 | $12.78 |
| MO STATE EMP CHARITABLE CAMPAI | $3.00 | $3.00 |
| MOSERS OPTIONAL LIFE INSUR-EE | $2.50 | $2.50 |
| MOSERS RETIREMENT PLAN - EE | $51.12 | $51.12 |
| SOCIAL SECURITY TAX W/H -EE | $76.17 | $76.17 |
| STATE TAX WITHHOLDING | $34.00 | $34.00 |
| Total | $337.97 | $337.97 |

| Employer Contributions | Amount | YTD Amount |
|---|---|---|
| LIFE INSURANCE FRINGE PAYMNT | $5.56 | $5.56 |
| LONG TERM DISABILITY FRINGE | $6.33 | $6.33 |
| MCHCP HEALTH FRINGE PAYMENT | $345.00 | $345.00 |
| MEDICARE FRINGE PAYMENT | $17.81 | $17.81 |
| MOSERS RET 2011 PLAN FRNG PAY | $216.88 | $216.88 |
| RETIREE HEALTH FRINGE | $56.10 | $56.10 |
| SOCIAL SECURITY TAX W/H -ER | $76.17 | $76.17 |
| Total | $723.85 | $723.85 |

| Direct Deposit Number | Account Type | Account Number | Routing Number |
|---|---|---|---|
| 2090000018537118 | CHECKING | ****0901 | 086500634 |

**State of Missouri**
**Office of Administration**
**PO Box 809**
**Jefferson City, Missouri 65102**

| | |
|---|---|
| **Name:**JESSICA D. HAWK | **Check Date:**01/30/2015 |
| **Address:**1602D JEFFERSON HTS DR | **Payroll Period:**1/01/2015 - 1/15/2015 |
| JEFFERSON CITY, MO 65109 | **Check Net Amount:**$1,030.23 |

| Wages | Amount | YTD Amount |
|---|---|---|
| GROSS WAGES | $1,409.64 | $2,687.64 |
| FEDERAL/STATE TAXABLE WAGE | $1,289.74 | $2,454.43 |
| SOCIAL SECURITY/MEDICARE WAGE | $1,360.23 | $2,588.82 |

| Pay | Rate | Hours | Amount |
|---|---|---|---|
| REGULAR PAY | $1,291.00 | 35:24 | $527.24 |
| REGULAR PAY | $1,508.50 | 47:16 | $822.82 |
| ANNUAL LEAVE USAGE PAY | $1,291.00 | 4:00 | $59.58 |
| Total | | 86:40 | $1,409.64 |

| Deductions | Amount | YTD Amount |
|---|---|---|
| CAFETERIA ADMINISTRATION FEE | $0.08 | $0.16 |
| FEDERAL TAX WITHHOLDING | $109.86 | $200.96 |
| MCHCP DENTAL - CP | $11.99 | $23.98 |
| MCHCP HEALTH - CP | $35.00 | $70.00 |
| MCHCP VISION - CP | $2.42 | $4.84 |
| MEDICARE TX W/H EMPLOYEE SHARE | $19.73 | $37.54 |
| MO STATE DEFERRED COMP PLAN | $14.10 | $26.88 |
| MO STATE EMP CHARITABLE CAMPAI | $3.00 | $6.00 |
| MOSERS OPTIONAL LIFE INSUR-EE | $2.50 | $5.00 |
| MOSERS RETIREMENT PLAN - EE | $56.39 | $107.51 |
| SOCIAL SECURITY TAX W/H -EE | $84.34 | $160.51 |
| STATE TAX WITHHOLDING | $40.00 | $74.00 |
| Total | $379.41 | $717.38 |

| Employer Contributions | Amount | YTD Amount |
|---|---|---|
| LIFE INSURANCE FRINGE PAYMNT | $6.13 | $11.69 |
| LONG TERM DISABILITY FRINGE | $6.98 | $13.31 |
| MCHCP HEALTH FRINGE PAYMENT | $345.00 | $690.00 |
| MEDICARE FRINGE PAYMENT | $19.73 | $37.54 |
| MOSERS RET 2011 PLAN FRNG PAY | $239.22 | $456.10 |
| RETIREE HEALTH FRINGE | $61.88 | $117.98 |
| SOCIAL SECURITY TAX W/H -ER | $84.34 | $160.51 |
| Total | $763.28 | $1,487.13 |

| Direct Deposit Number | Account Type | Account Number | Routing Number |
|---|---|---|---|
| 2090000018590992 | CHECKING | ****0901 | 086500634 |

**State of Missouri**
**Office of Administration**
**PO Box 809**
**Jefferson City, Missouri 65102**



**Name:** JESSICA D. HAWK
**Address:** 1602D JEFFERSON HTS DR
JEFFERSON CITY, MO 65109

**Check Date:** 02/17/2015
**Payroll Period:** 1/16/2015 - 1/31/2015
**Check Net Amount:** $886.68

| Wages | Amount | YTD Amount |
|---|---|---|
| GROSS WAGES | $1,199.54 | $3,887.18 |
| FEDERAL/STATE TAXABLE WAGE | $1,090.15 | $3,544.58 |
| SOCIAL SECURITY/MEDICARE WAGE | $1,150.13 | $3,738.95 |

| Pay | Rate | Hours | Amount |
|---|---|---|---|
| REGULAR PAY | $1,508.50 | 48:40 | $847.08 |
| ANNUAL LEAVE USAGE PAY | $1,508.50 | 10:15 | $178.41 |
| SICK LEAVE USAGE PAY | $1,508.50 | 10:00 | $174.05 |
| Total | | 68:55 | $1,199.54 |

| Deductions | Amount | YTD Amount |
|---|---|---|
| CAFETERIA ADMINISTRATION FEE | $0.08 | $0.24 |
| FEDERAL TAX WITHHOLDING | $79.92 | $280.88 |
| MCHCP DENTAL - CP | $11.99 | $35.97 |
| MCHCP HEALTH - CP | $35.00 | $105.00 |
| MCHCP VISION - CP | $2.42 | $7.26 |
| MEDICARE TX W/H EMPLOYEE SHARE | $16.67 | $54.21 |
| MO STATE DEFERRED COMP PLAN | $12.00 | $38.88 |
| MO STATE EMP CHARITABLE CAMPAI | $3.00 | $9.00 |
| MOSERS OPTIONAL LIFE INSUR-EE | $2.50 | $7.50 |
| MOSERS RETIREMENT PLAN - EE | $47.98 | $155.49 |
| SOCIAL SECURITY TAX W/H -EE | $71.30 | $231.81 |
| STATE TAX WITHHOLDING | $30.00 | $104.00 |
| Total | $312.86 | $1,030.24 |

| Employer Contributions | Amount | YTD Amount |
|---|---|---|
| LIFE INSURANCE FRINGE PAYMNT | $5.22 | $16.91 |
| LONG TERM DISABILITY FRINGE | $5.94 | $19.25 |
| MCHCP HEALTH FRINGE PAYMENT | $345.00 | $1,035.00 |
| MEDICARE FRINGE PAYMENT | $16.67 | $54.21 |
| MOSERS RET 2011 PLAN FRNG PAY | $203.56 | $659.66 |
| RETIREE HEALTH FRINGE | $52.66 | $170.64 |
| SOCIAL SECURITY TAX W/H -ER | $71.30 | $231.81 |
| Total | $700.35 | $2,187.48 |

| Direct Deposit Number | Account Type | Account Number | Routing Number |
|---|---|---|---|
| 2090000018645328 | CHECKING | ****0901 | 086500634 |

**State of Missouri**

**Office of Administration**

**PO Box 809**

**Jefferson City, Missouri 65102**



| | |
|---|---|
| **Name:**JESSICA D. HAWK | **Check Date:**02/27/2015 |
| **Address:**1602D JEFFERSON HTS DR | **Payroll Period:**2/01/2015 - 2/15/2015 |
| JEFFERSON CITY, MO 65109 | **Check Net Amount:**$1,097.50 |

| Wages | Amount | YTD Amount |
|---|---|---|
| GROSS WAGES | $1,508.50 | $5,395.68 |
| FEDERAL/STATE TAXABLE WAGE | $1,383.66 | $4,928.24 |
| SOCIAL SECURITY/MEDICARE WAGE | $1,459.09 | $5,198.04 |

| Pay | Rate | Hours | Amount |
|---|---|---|---|
| REGULAR PAY | $1,508.50 | 86:40 | $1,508.50 |
| Total | | 86:40 | $1,508.50 |

| Deductions | Amount | YTD Amount |
|---|---|---|
| CAFETERIA ADMINISTRATION FEE | $0.08 | $0.32 |
| FEDERAL TAX WITHHOLDING | $123.95 | $404.83 |
| MCHCP DENTAL - CP | $11.99 | $47.96 |
| MCHCP HEALTH - CP | $35.00 | $140.00 |
| MCHCP VISION - CP | $2.42 | $9.68 |
| MEDICARE TX W/H EMPLOYEE SHARE | $21.16 | $75.37 |
| MO STATE DEFERRED COMP PLAN | $15.09 | $53.97 |
| MO STATE EMP CHARITABLE CAMPAI | $3.00 | $12.00 |
| MOSERS OPTIONAL LIFE INSUR-EE | $2.50 | $10.00 |
| MOSERS RETIREMENT PLAN - EE | $60.34 | $215.83 |
| SOCIAL SECURITY TAX W/H -EE | $90.47 | $322.28 |
| STATE TAX WITHHOLDING | $45.00 | $149.00 |
| Total | $411.00 | $1,441.24 |

| Employer Contributions | Amount | YTD Amount |
|---|---|---|
| LIFE INSURANCE FRINGE PAYMNT | $6.56 | $23.47 |
| LONG TERM DISABILITY FRINGE | $7.47 | $26.72 |
| MCHCP HEALTH FRINGE PAYMENT | $345.00 | $1,380.00 |
| MEDICARE FRINGE PAYMENT | $21.16 | $75.37 |
| MOSERS RET 2011 PLAN FRNG PAY | $255.99 | $915.65 |
| RETIREE HEALTH FRINGE | $66.22 | $236.86 |
| SOCIAL SECURITY TAX W/H -ER | $90.47 | $322.28 |
| Total | $792.87 | $2,980.35 |

| Direct Deposit Number | Account Type | Account Number | Routing Number |
|---|---|---|---|
| 2090000018699198 | CHECKING | ****0901 | 086500634 |